1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   OWEN P. MARTIKAN (CSBN 177104)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7241
      Facsimile: (415) 436-7234
8     owen.martikan@usdoj.gov

9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )     CR No.: 3-08-70181 JCS
14                                  )
                                    )
15        Plaintiff,                )     **STIPULATION AND [PROPOSED]**
                                    )     **ORDER EXCLUDING TIME**
16        v.                        )
                                    )
17 PETER RAYMOND JUNEAU,            )
                                    )
18                                  )
          Defendant.                )
19 _____  )

20

21    On April 14, 2008, the parties in this case appeared before the Court for a preliminary

22 hearing. At that time, the parties requested and the Court agreed to continue the hearing to

23 April 25, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal

24 Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from April 14,

25 2008, to and including April 25, 2008. The parties agree that – taking into account the public

26 interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant

27 also agrees to exclude for this period of time any time limits applicable under Title 18, United

28 States Code, Section 3161. This continuance is the reasonable time necessary for continuity of

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 JCS

1  defense counsel and effective preparation of defense counsel, taking into account the exercise of
2  due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice
3  served by granting such a continuance outweigh the best interests of the public and the defendant
4  in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 4/15/08

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 4/14/08

RONALD C. TYLER
Attorney for Peter Raymond Juneau

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from April 14, 2008, to and including April 25, 2008, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Juneau continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: April 16, 2008

HON. JAMES LARSON
United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 JCS