JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 3-08-70181 MAG |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| ) | |
| PETER RAYMOND JUNEAU ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On May 27, 2008, the parties in this case appeared before the Court for a preliminary hearing. At that time, the parties requested and the Court agreed to continue the hearing to June 24, 2008. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 27, 2008, to and including June 24, 2008. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. This continuance is the reasonable time necessary for continuity of defense

1  counsel and effective preparation of defense counsel, taking into account the exercise of due
2  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice
3  served by granting such a continuance outweigh the best interests of the public and the defendant
4  in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

8  DATED: 6/20/08             /s/   Owen Martikan
                                        OWEN P. MARTIKAN
9                                       Assistant United States Attorney

10
   DATED: 6/19/08                       /s/
11                                      RONALD C. TYLER
                                        Attorney for Peter Raymond Juneau

13                          **[PROPOSED] ORDER**

14     For the reasons stated above, the Court finds that an exclusion of time from May 27, 2008, to
15  and including June 24, 2008, is warranted and that the ends of justice served by the continuance
16  outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C.
17  §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny Mr.
18  Juneau continuity of counsel and would deny defense counsel the reasonable time necessary for
19  effective preparation, taking into account the exercise of due diligence, and would result in a
20  miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

21     SO ORDERED.

23  DATED: June 20, 2008          _____
                                   HON. EDWARD M. CHEN
                                   United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG