JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7241
    Facsimile: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 3-08-70181 MAG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| PETER RAYMOND JUNEAU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 24, 2008, the parties in this case appeared before the Court for a preliminary hearing.
At that time, the parties requested and the Court agreed to continue the hearing to July 10, 2008.
The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d),
the time limits set forth in FRCP 5.1(c) be excluded from June 24, 2008, to and including July
10, 2008.  The parties agree that – taking into account the public interest in prompt disposition of
criminal cases – good cause exists for this extension.  Defendant also agrees to exclude for this
period of time any time limits applicable under Title 18, United States Code, Section 3161.  This
continuance is the reasonable time necessary for continuity of defense counsel and effective

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR 3-08-70181 MAG

preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.

§ 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a

continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18

U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6/25/08

OWEN P. MARTIKAN
Assistant United States Attorney

DATED: 6/24/08

RONALD C. TYLER
Attorney for Peter Raymond Juneau

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that an exclusion of time from June 24, 2008, to

and including July 10, 2008, is warranted and that the ends of justice served by the continuance

outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161

(h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Juneau

continuity of counsel and would deny defense counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence, and would result in a miscarriage

of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 6/25/08

HON. NANDOR J. VADAS
United States Magistrate Judge