| DOCUMENTS UNDER SEAL ☐ | | | | | | TOTAL TIME (mins): 1 min | | |
|---|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | | | REPORTER/FTR 9:54-9:55 | | |
| MAGISTRATE JUDGE Nandor J. Vadas | | DATE July 9, 2008 | | | | NEW CASE ☐ | CASE NUMBER 3-08-70181 JCS | |

APPEARANCES

| DEFENDANT Peter Juneau | | AGE | CUST Y | P/NP P | | ATTORNEY FOR DEFENDANT Peter Goodman | | PD. ☐ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|---|---|---|
| U.S. ATTORNEY Rob Rees for Owen Martikin | | INTERPRETER | | | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | | PARTIAL PAYMENT ☐ OF CJA FEES | |

PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☒ PRELIM HRG not held | ☐ MOTION | | ☐ JUGM'T & SENTG | ☒ STATUS |
|---|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT not held | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOVAL HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME: | |

*(stamped: FILED JUL -9 2008, CLERK U.S. RICHARD W. WIEKING, NORTHERN DISTRICT DISTRICT COURT)*

ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

CONTINUANCE

| TO: 7/24/2008 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. MEJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

ADDITIONAL PROCEEDINGS

Counsel will prepare a stipulation and proposed order waiving/excluding time.
cc: NJV, Pretrial, MEJ

DOCUMENT NUMBER: