AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO DIVISION |
| **OFFENSE CHARGED**<br>Title 18, U.S. Code Section 2113(a): Bank Robbery (Six Counts)<br>☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony<br>PENALTY: 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment | **DEFENDANT - U.S.**<br>▶ PETER RAYMOND JUNEAU<br>DISTRICT COURT NUMBER<br>CR 08 0481 PJH |
| **PROCEEDING**<br>Name of Complaintant Agency, or Person (& Title, if any)<br>FBI, Special Agent Brian Guy<br>☐ person is awaiting trial in another Federal or State Court, give name of court<br>☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District<br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE  SHOW DOCKET NO.<br>☐ this prosecution relates to a pending case involving this same defendant  MAGISTRATE CASE NO.<br>☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  3-08-70181 MAG | **DEFENDANT**<br>**IS NOT IN CUSTODY**<br>Has not been arrested, pending outcome this proceeding.<br>1) ☐ If not detained give date any prior summons was served on above charges ▶<br>2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District)<br><br>**IS IN CUSTODY**<br>4) ☒ On this charge<br>5) ☐ On another conviction  ☐ Federal ☐ State<br>6) ☐ Awaiting trial on other charges<br>If answer to (6) is "Yes", show name of institution<br><br>Has detainer been filed? ☐ Yes ☐ No  If "Yes" give date filed<br>DATE OF ARREST ▶ Month/Day/Year<br>Or... if Arresting Agency & Warrant were not<br>DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year |
| Name and Office of Person Furnishing Information on this form  Joseph P. Russoniello<br>☒ U.S. Attorney ☐ Other U.S. Agency<br>Name of Assistant U.S. Attorney (if assigned)  Owen P. Martikan | ☐ This report amends AO 257 previously submitted |
| **ADDITIONAL INFORMATION OR COMMENTS** | |
| PROCESS:<br>☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT<br>If Summons, complete following:<br>☐ Arraignment ☐ Initial Appearance<br>Defendant Address:<br>Comments: | Bail Amount:<br>*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment<br>Date/Time:  Before Judge: |

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,         )  Criminal No.:
                                      )  CR 08    0481
12 |        Plaintiff,                 )
                                      )
13 |                                   )  VIOLATION: 18 U.S.C. § 2113(a) -- Bank
            v.                         )  Robbery (Six Counts)
14 |                                   )
                                      )
15 |                                   )
   PETER RAYMOND JUNEAU,              )  SAN FRANCISCO VENUE
16 |                                   )
                                      )
17 |        Defendant.                 )
                                      )
18 |

19

20                              INFORMATION

21 | The United States Attorney charges:

22

23 | COUNT ONE:      18 U.S.C. § 2113(a) – Bank Robbery

24 |     On or about December 10, 2007, in the Northern District of California, the defendant,

25 |                          PETER RAYMOND JUNEAU,

26 | by force, violence, and intimidation, did take from the person and presence of another,

27 | approximately $2,350 belonging to and in the care, custody, control, management, and

28 | possession of the Trans Pacific National Bank, a bank whose deposits were then insured by the

INFORMATION

1  Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
2  2113(a).

3

4  COUNT TWO:        18 U.S.C. § 2113(a) – Bank Robbery

5       On or about December 14, 2007, in the Northern District of California, the defendant,

6                              PETER RAYMOND JUNEAU,

7  by force, violence, and intimidation, did take from the person and presence of another,
8  approximately $2,654 belonging to and in the care, custody, control, management, and
9  possession of the Washington Mutual Bank, a bank whose deposits were then insured by the
10 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
11 2113(a).

12

13 COUNT THREE:     18 U.S.C. § 2113(a) – Bank Robbery

14      On or about December 18, 2007, in the Northern District of California, the defendant,

15                             PETER RAYMOND JUNEAU,

16 by force, violence, and intimidation, did take from the person and presence of another,
17 approximately $3,249 belonging to and in the care, custody, control, management, and
18 possession of Citibank, a bank whose deposits were then insured by the Federal Deposit
19 Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

20

21 COUNT FOUR:      18 U.S.C. § 2113(a) – Bank Robbery

22      On or about December 28, 2007, in the Central District of California, the defendant,

23                             PETER RAYMOND JUNEAU,

24 by force, violence, and intimidation, did take from the person and presence of another,
25 approximately $4,365 belonging to and in the care, custody, control, management, and
26 possession of the Washington Mutual Bank, a bank whose deposits were then insured by the
27 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section
28 2113(a).

INFORMATION                                    2

1 | COUNT FIVE:        18 U.S.C. § 2113(a) – Bank Robbery

2 On or about January 8, 2008, in the Central District of California, the defendant,

3 PETER RAYMOND JUNEAU,

4 by force, violence, and intimidation, did take from the person and presence of another,

5 approximately $3,390 belonging to and in the care, custody, control, management, and

6 possession of the Trans Pacific National Bank, a bank whose deposits were then insured by the

7 Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section

8 2113(a).

10 | COUNT SIX:         18 U.S.C. § 2113(a) – Bank Robbery

11 On or about March 12, 2008, in the Northern District of California, the defendant,

12 PETER RAYMOND JUNEAU,

13 by force, violence, and intimidation, did take from the person and presence of another,

14 approximately $927 belonging to and in the care, custody, control, management, and possession

15 of the U.S. Bank, a bank whose deposits were then insured by the Federal Deposit Insurance

16 Corporation, in violation of Title 18, United States Code, Section 2113(a).

19 DATED: July 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Dep. Chief, Major Crimes Division

(Approved as to form: _____)
OWEN P. MARTIKAN
Assistant United States Attorney

INFORMATION                                3