**FILED**

AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

JUL 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

_____ Northern _____ DISTRICT OF _____ California _____

UNITED STATES OF AMERICA

v.

Peter Raymond Juneau

## WAIVER OF INDICTMENT

CASE NUMBER: CR 08 - 0481

I, ____ Peter Juneau ____ , the above named defendant, who is accused of

Bank Robbery (Six Counts) in violation of Title 18 U.S.C § 2113(a)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on ____ 7/24/08 ____ prosecution by indictment and consent that the
<br>Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Maria Elena James
United States Magistrate Judge

Before_____
Judicial Officer