UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** July 30, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0481 PJH

**Case Name:** UNITED STATES v. PETER JUNEAU (Not Present)

**Attorney for Plaintiff:** Tom Mazzucco for Owen Martikan
**Attorney for Defendant:** Ron Tyler

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Debra Pas

**PROCEEDINGS**

Change of Plea-Not Held. The defendant is in custody and not present. The matter is continued one week.

**CASE CONTINUED TO:** August 6, 2008 at 1:30 p.m. for Change of Plea .

**cc:** chambers