UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Date: August 6, 2008                        JUDGE: Phyllis J. Hamilton

Case No: CR-08-0481 PJH

Case Name: UNITED STATES v. PETER JUNEAU (C)

Attorney for Plaintiff:   Owen Martikan
Attorney for Defendant:   Ron Tyler

Deputy Clerk: Nichole Heuerman              Court Reporter: Margo Gurule

PROCEEDINGS

Change of Plea-Held. The plea agreement is signed and filed in court. The defendant is sworn. The court finds the defendant to be fully competent and capable of entering into an informed plea. The plea is knowing and voluntary. The court finds a factual basis for the plea. The defendant enters a plea of guilty as to counts one through six of the Information. The court accepts the plea. The defendant is adjudged guilty of the offenses. The defendant is referred to the probation department to conduct a presentence investigation.

**CASE CONTINUED TO: November 5, 2008 at 1:30 p.m. for Sentencing.**

cc:   chambers